IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO LUIS WILLIAMS,

    Plaintiff,                        CV F 05 1560  LJO WMW   P

  vs.                                  ORDER TO SHOW CAUSE

DWIGHT WINSLOW, et al.,

    Defendants.

       Plaintiff is a state prisoner proceeding pro se in a civil rights action challenging the conditions of his confinement.

       Plaintiff, an inmate in the custody of the California Department of Corrections at CCI Tehachapi, brings this civil rights action against an un-named physician contracted to treat Plaintiff at Tehachapi.

       The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in a facility, brought an action or appeal in a court of the United States that was dismissed on the ground that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g).

       This plaintiff has, on 3 prior occasions, brought civil actions challenging the

conditions of his confinement: <u>Williams v. Hagar, et al.</u>, 04-cv-02543 CW; <u>Williams v. McGrath</u>, 04-cv-0782 CW; <u>Williams v. Wunderlich</u>, 06-cv-1097 OWW DLB P.

The allegations in this complaint consist of vague references to medical care while Plaintiff was housed at High Desert State Prison and Corcoran State Prison. Plaintiff names as defendants that California Attorney General, the Warden of High Desert State Prison, and other correctional officials. Plaintiff is currently housed at the California Correctional Institution at Tehachapi. Plaintiff has failed to allege any facts indicating that Plaintiff is in imminent danger of serious physical injury.

Accordingly, IT IS HEREBY ORDERED that plaintiff is directed to show cause, within thirty days of the date of service of this order, why his request to proceed in forma pauperis should not be denied. Failure to file a response will result in an order directing Plaintiff to submit the $350 filing fee in full.

IT IS SO ORDERED.

**Dated:    July 2, 2007**              /s/  **William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE