IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO WILLIAMS,

       Plaintiff,                           1:07-CV- 0407 AWI WMW P

    vs.                                ORDER DISMISSING ACTION

BILL LOCKYER, et al.,
       Defendants.
_____/

       Plaintiff has filed a motion to withdraw his complaint. Plaintiff specifically requests "to voluntarily withdraw complaint as was mistakenly filed in this court as grand jury review was sought and this complaint must be withdrawn." Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff may dismiss this action on his own motion so long as a responsive pleading has not been filed. There has been no service of process, and no defendant has appeared in this action.

       Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice on Plaintiff's motion. The Clerk is directed to close this case.

IT IS SO ORDERED.

Dated:   July 27, 2007                    /s/ Anthony W. Ishii
                                                 UNITED STATES DISTRICT JUDGE